| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Samantha Josephine Jackson**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5674<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Georgia**<br>Court website: www.ganb.uscourts.gov | | Date case filed for chapter  13  2/7/17 |
| Case number:  **17–52444–wlh** | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                               12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Samantha Josephine Jackson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 502 Saddlewood Drive<br>Lawrenceville, GA 30043 | |
| 4. | **Debtor's attorney**<br><br>Name and address | Carson R. Walden<br>Walden, Goodhart, Harden & New<br>Suite 757<br>315 W. Ponce de Leon Avenue<br>Decatur, GA 30033 | Contact phone (404) 884–8315<br><br>Email: cwalden@wghnlaw.com |
| 5. | **Bankruptcy trustee**<br><br>Name and address | Nancy J. Whaley<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120<br>Atlanta, GA 30303 | Contact phone (678) 992–1201<br>www.njwtrustee.com |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas<br>Clerk of Court<br><br>1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m.<br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |

**For more information, see page 2**

Official Form 309I (For Individuals or Joint Debtors)    **Notice of Chapter 13 Bankruptcy Case**                    page 1

Debtor **Samantha Josephine Jackson**      Case number **17–52444–wlh**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **March 16, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT.<br><br>TO OTHER PARTIES: Objections to confirmation shall be filed seven days prior to the meeting. Objections arising from the meeting must be filed within seven days of the meeting. | **Location:**<br>**Third Floor – Room 368, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |
| **8. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/15/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/14/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/7/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>**To file a claim electronically,** visit www.ganb.uscourts.gov and access the ePOC tab.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of Plan, Hearing on Confirmation of Plan, Allowance and Approval of Debtor's Counsel Attorneys Fees** | The plan, if not included with this notice, will be mailed when filed.<br>The hearing on confirmation will be held:  Date: **4/19/17**,    Time: **01:30 PM**,    Location: **Courtroom 1403, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

```
                                United States Bankruptcy Court
                                 Northern District of Georgia

In re:                                                                Case No. 17-52444-wlh
Samantha Josephine Jackson                                            Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 113E-9          User: css2                  Page 1 of 2                  Date Rcvd: Feb 09, 2017
                              Form ID: 309i               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db            +Samantha Josephine Jackson,    502 Saddlewood Drive,    Lawrenceville, GA 30043-3152
20495520       1st Franklin,    Pob 827,    Buford, GA 30515
20495522      +Branden Mitchell,    502 Saddlewood Drive,    Lawrenceville, GA 30043-3152
20495525      +Dept. of Justice, Tax Division,    Civil Trial Section, Southern,
                PO Box 14198; Ben Franklin Sta,    Washington, DC 20044-4198
20495529      +Kaiser Permanente,    3650 Steve Reynolds Blvd,    Duluth, GA 30096-4506
20495530      +Ncc Business Svcs Inc,    9428 Baymeadows Rd Ste 2,    Jacksonville, FL 32256-7912
20495531      +Office of the Attorney General,    40 Capitol Square, SW,    Atlanta, GA 30334-9057
20495533       Special Assistant US Attorney,    401 W. Peachtree Street, NW,    STOP 1000-D, Suite 600,
                Atlanta, GA 30308
20495535     ++UNITED AUTO ACCEPTANCE,    PO BOX 926,    MORROW GA 30260-0926
               (address filed with court: Uaa,    Pob 960068,    Riverdale, GA 30296)
20495538       US Attorney, N District of GA,    Civil Div, Attn: Civil Clerk,    75 Spring Street SW, Suite 600,
                Atlanta, GA 30303-3309
20495536      +United States Attorney General,    Main Justice Building,    10th and Constitution Ave, NW,
                Washington, DC 20530-0001
20495537      +United States Attorney General,    U.S. Department of Justice,    950 Pennsylvania Avenue, NW,
                Washington, DC 20530-0009
20495539      +Waypoint Homes,    1395 S. Maretta Parkway,    Building 100 Suite 116,    Marietta, GA 30067-4440
20495540      +World Finance Corporation,    2640b Metropolitan Pkwy,    Atlanta, GA 30315-7902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: cwalden@wghnlaw.com Feb 09 2017 20:24:23      Carson R. Walden,
                Walden, Goodhart, Harden & New,    Suite 757,    315 W. Ponce de Leon Avenue,
                Decatur, GA   30033
tr            +E-mail/Text: ecf@njwtrustee.com Feb 09 2017 20:25:43      Nancy J. Whaley,    Nancy J. Whaley,
                Standing Chapter 13 Trustee,    303 Peachtree Center Avenue,    Suite 120,
                Atlanta, GA 30303-1286
20495521      +EDI: AAEO.COM Feb 09 2017 20:18:00      Aaron’s,    455 Grayson Hwy,    Ste 114,
                Lawrenceville, GA 30046-7159
20495523       EDI: IRS.COM Feb 09 2017 20:18:00      Centralized Insolvency,    Operation,
                Post Office Box 7346,    Philadelphia, PA 19101-7346
20495524      +EDI: CONVERGENT.COM Feb 09 2017 20:18:00      Convergent Outsourcing,    Po Box 9004,
                Renton, WA 98057-9004
20495526      +EDI: DCI.COM Feb 09 2017 20:18:00      Diversified Consultant,    P O Box 551268,
                Jacksonville, FL 32255-1268
20495527       EDI: GADEPTOFREV.COM Feb 09 2017 20:18:00      Georgia Department of Revenue,
                Compliance Div ARCS Bankruptcy,    1800 Century Blvd NE, Ste 9100,    Atlanta, GA 30345-3202
20499544       E-mail/Text: bankruptcy@republicfinance.com Feb 09 2017 20:25:41      Republic Finance, LLC,
                1140 Roma Avenue,    Hammond, LA   70403
20495532      +E-mail/Text: bankruptcy@republicfinance.com Feb 09 2017 20:25:40      Republic Finance,
                860 Duluth Hey Ste 1020,    Laerenceville, GA 30043-5349
20503331      +E-mail/Text: usagan.bk@usdoj.gov Feb 09 2017 20:25:00      U. S. Attorney,
                600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,    Atlanta GA 30303-3315
20495534       EDI: USBANKARS.COM Feb 09 2017 20:18:00      U S Bank,    4325 17th Ave S,    Fargo, ND 58125
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20495528*      Internal Revenue Service,    401 W Peachtree St NW,    Stop 334-D,    Atlanta, GA 30308
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 113E-9          User: css2              Page 2 of 2            Date Rcvd: Feb 09, 2017
                              Form ID: 309i           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
              Carson R. Walden    on behalf of Debtor Samantha Josephine Jackson cwalden@wghnlaw.com,
               bknotices@wghnlaw.com
              Nancy J. Whaley    ecf@njwtrustee.com
                                                                                             TOTAL: 2
```